UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 6 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01173-JLK-DW

COLORADO WILD, INC.,

Plaintiff,

v.

PETER CLARK, Forest Supervisor;
MARIANNE FRAZIER, F.S. Rocky Mountain Regional FOIA Officer;
ANDREA FOWLER, FOIA/PA Coordinator, U.S.D.A.;
JAMES MICHAEL KELLY, Acting General Counsel, U.S.D.A.;
BETTY L. OLLILA, Deputy Assistant General Counsel, U.S.D.A.;
U.S. FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Defendants.

## ORDER

The Court enters the following schedule pursuant to the Parties' agreement:

1. Defendants agree to provide to plaintiff, by October 7, 2005, a *Vaughn* index and supporting declaration regarding Colorado Wild's April 26, 2005 and May 2, 2005 FOIA requests, with one exception. The one exception concerns plaintiff's April 26, 2005 FOIA request to Rita Morgan, a U.S. Forest Service national office FOIA officer. Ms. Morgan provided a response to plaintiff's April 26, 2005 request on May 27, 2005, prior to the time plaintiff filed its lawsuit with this Court. Plaintiff agrees that the FOIA request to Ms. Morgan, and Ms. Morgan's response to the request, need not be addressed by defendant in its *Vaughn* index and supporting declaration, to be submitted by October 7, 2005.

2. Defendants agree to provide to plaintiff, by Friday, September 9, 2005, a *Vaughn* index and supporting declaration regarding Colorado Wild's April 1, 2004 FOIA request.

3. Defendants agree to provide to plaintiff, by Friday, September 9, 2005, a release determination from the Regional Forester regarding the Rio Grande National Forest's response to plaintiff's May 2, 2005 FOIA request.

4. Plaintiff agrees to immediately withdraw its currently pending motion regarding release of a *Vaughn* index for plaintiff's 2004 FOIA request.

5. A pre-briefing conference with Magistrate Judge West will be proposed by the parties, if necessary, after October 7, 2005.

Dated: August 30, 2005

U.S. Magistrate Judge David West

---

## CERTIFICATE OF MAILING

---

I hereby certify that on this 30th day of August, 2005, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid to the following:

Brad A. Bartlett, Esq.
842 ½ Main Avenue, #205
Durango, Colorado 81302

Travis Earl Stills, Esq.
1831 Forest Avenue
Durango, Colorado 81301

Michael Conrad Johnson
U. S. Attorney's Office
1225 Seventeenth Street, #700
Denver, Colorado 80202

By: _____
**Assistant to Magistrate Judge**