**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 05-CV-01173-JLK-DW**

**COLORADO WILD, INC.,**

**Plaintiff,**

     **v.**

**PETER CLARK, in his official capacity as Forest Supervisor, Rio Grande National Forest; MARIANNE FRAZIER, in her official capacity as Forest Service Rocky Mountain Regional FOIA Officer; ANDREA FOWLER, in her official capacity as FOIA/PA Coordinator for the United States Department of Agriculture; JAMES MICHAEL KELLY, in his official capacity as Acting General Counsel for the United States Department of Agriculture; BETTY L. OLLILA, in her official capacity as Deputy Assistant General Counsel, General Law Division, United States Department of Agriculture; U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture; and, U. S. DEPARTMENT OF AGRICULTURE, an agency with the Federal government;**

**Defendants.**

---

### ORDER RE: PLAINTIFF'S MOTION FOR CLARIFICATION

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff, Colorado Wild, Inc., has filed a Motion for Clarification on the Court's Order of January 17, 2006, (Docket No. 27) which restates an agreement reached by the parties during the hearing on January 17, 2006. The Order states that "the Defendants are also willing to identify and state, without going into any detail of content, (1) any communications between Wolf Creek Village and the Forest Service and (2) any "ghost drafting" of U.S. Forest Service policy by Wolf Creek Village attorneys, assuming any of the above-mentioned documents exist. IT IS FURTHER ORDERED a Vaughn index of these documents shall be submitted to Plaintiff by

February 7, 2006." (*Emphisis added.*)

The Court finds that the agreement and Order are clear and binding upon the parties, and therefore;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification is **DENIED**.

**Dated: April 25, 2006**

        **BY THE COURT:**

        s/David L. West

        **United States Magistrate Judge**