# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

Civil Action No. 05-CV-01173-JLK-DW

**COLORADO WILD, INC.,**

**Plaintiff,**

v.

**PETER CLARK, in his official capacity as Forest Supervisor, Rio Grande National Forest; MARIANNE FRAZIER, in her official capacity as Forest Service Rocky Mountain Regional FOIA Officer; ANDREA FOWLER, in her official capacity as FOIA/PA Coordinator for the United States Department of Agriculture; JAMES MICHAEL KELLY, in his official capacity as Acting General Counsel for the United States Department of Agriculture; BETTY L. OLLILA, in her official capacity as Deputy Assistant General Counsel, General Law Division, United States Department of Agriculture; U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture; and, U. S. DEPARTMENT OF AGRICULTURE, an agency with the Federal government;**

**Defendants.**

---

## AMENDED ORDER RE: PLAINTIFF'S REQUEST FOR SETTING OF PREBRIEFING CONFERENCE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

   **IT IS HEREBY ORDERED** that Plaintiff's request to set a Prebriefing Conference is **GRANTED** and this matter is set for a Prebriefing Conference on June 6, 2006 at 3:30 p.m. before the Magistrate Judge in Durango, Colorado.  Counsel for the Defendant may appear telephonically.

**Dated: June 2, 2006**          **BY THE COURT:**

                                    **s/David L. West**

                                    **United States Magistrate Judge**