IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1173-JLK-DLW**

**COLORADO WILD, INC.,**

        Plaintiff,

v.

**PETER CLARK, in his official capacity as Forest Supervisor, et al.**
        Defendants.

## ORDER

Kane, J.

Upon consideration of the parties Joint Motion to Dismiss (doc. #62), filed October 3, 2006, it is

ORDERED that the Motion is GRANTED. This case is DISMISSED WITH PREJUDICE. The Joint Stipulation and Settlement Agreement is attached as Exhibit 1.

Dated this 4th day of October, 2006.

        BY THE COURT:

        S/**John L. Kane**
        Senior Judge, United States District Court